1  **REICH RADCLIFFE & HOOVER LLP**
   Marc G. Reich (SBN 159936)
2  mgr@reichradcliffe.com
   Adam T. Hoover (SBN 243226)
3  adhoover@reichradcliffe.com
   4675 MacArthur Court, Suite 550
4  Newport Beach, CA 92660
   Phone: (949) 975-0512
5  Fax: (949) 208-2839

6  **LIFSHITZ LAW PLLC**
   Joshua M. Lifshitz
7  jlifshitz@lifshitzlaw.com
   1190 Broadway
8  Hewlett, NY 11557
   Phone: (516) 493-9780
9  Fax: (516) 280-7376

10 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SCHNIPPER, Derivatively on Behalf of Nominal Defendant TESLA, INC., | Case No: 3:23-cv-01808 |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| ELON MUSK, ZACHARY KIRKHORN, DEEPAK AHUJA, ROBYN M. DENHOLM, IRA EHRENPREIS, HIRO MIZUNO, JAMES MURDOCH, KIMBAL MUSK, KATHLEEN WILSON-THOMPSON, and JOE GEBBIA, | |
| Defendants, and, | |
| TESLA, INC., | |
| Nominal Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismiss his claims in the above-captioned consolidated action (the "Action") without prejudice. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated:   July 19, 2023    **REICH RADCLIFFE & HOOVER LLP**

By: /s/ Adam T. Hoover
Adam T. Hoover

**LIFSHITZ LAW PLLC**

Joshua M. Lifshitz

Attorneys for Plaintiff

SO ORDERED:

Dated: _____July 20__, 2023    _____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE